Dora Imogene McIntosh, Appellee, v. Paul McIntosh, Appellant.

Dora Imogene McIntosh, Appellant, v. Paul McIntosh, Appellee.

Term No. 4801.

opinion filed January 17, 1949; released for publication March 1, 1949. R. W. Harris, for appellant; Carl D. Sneed, for appellee. Opinion by JUSTICE BARDENS. **Not to be published in full.**

First Apostolic Church of New Haven, Illinois, Appellee, v. Martin Holtzclaw, Appellant.

Term No. 48029.

opinion filed January 17, 1949; released for publication March 1, 1949. Pyle & McCallister, for appellant; Joseph L. Bartley, for appellee. Opinion by JUSTICE SCHEINEMAN. **Not to be published in full.**